AUSA: Diane Princ Telephone: (313) 226-9100

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Emily Zebracki Telephone: (313) 226-0500

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Mosa Mohamed Salem Aborawi

Case No.

Case: 2:26−mj−30612
Assigned To : Unassigned
Assign. Date : 10/1/2026
Description: RE: MOSA MOHAMED SALEM ABORAWI (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 30, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2252A(a)(1) | Transportation of child pornography. |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Emily Zebracki, Special Agent-HSI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_Judge's signature_

Date: October 1, 2026

City and state: Detroit, Michigan

Hon. David R. Grand, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Emily Zebracki, being first duly sworn, state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations (HSI) in Detroit, Michigan. I have been employed as a Special Agent since May of 2022. My formal education includes a Bachelor of Science Degree in Criminal Justice from Wayne State University. Prior to becoming a Special Agent with HSI, I was employed as a Police Officer with the Rapid City Police Department in Rapid City, South Dakota for 4 years. I have successfully completed the Criminal Investigator Training Program and the Homeland Security Investigations Special Agent Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. I have been assigned as a member of the Michigan State Police – Internet Crimes Against Children Task Force (MSP-ICAC) since April of 2025.

2. This affidavit is made in support of a criminal complaint and arrest warrant for Mosa Mohamed Salem ABORAWI (DOB XX/XX/1986), for violations of 18 U.S.C. 2252A(a)(1) (transportation of child pornography) and 18 U.S.C. § 2252A(a)(5)(B) (possession of child pornography).

3. This affidavit is based on my personal knowledge, experience, and training as well as on information obtained by me through investigative observations and conversations with other HSI agents and agents from other law enforcement agencies. This affidavit does not set forth every fact resulting from this investigation; rather, it contains a summary of facts for the limited purpose of establishing probable cause to obtain an arrest warrant for Mosa Mohamed Salem ABORAWI**.**

## PROBABLE CAUSE

4. At approximately 4:00 p.m. on September 30, 2026, United States Customs and Border Protection (CBP) officers encountered Mosa Mohamed Salem ABORAWI (DOB XX/XX/1986), a Canadian citizen, when he attempted entry to the United States in a vehicle via the Gordie Howe International Bridge (GHIB) in Detroit, MI. ABORAWI was the sole occupant in the vehicle and had a cellphone with him.

5. A previously entered law enforcement database record indicated ABORAWI was a subject of interest in an ongoing Child Sexual Abusive Material (CSAM) investigation run by Homeland Security Investigations (HSI) Pretoria, furthered by HSI Toronto and the Windsor Police Service (WPS).

6. CBP officers referred ABORAWI for a secondary inspection. ABORAWI stated he was traveling from Windsor, Ontario to Detroit, MI for dinner at a particular restaurant. Upon conducting a basic media exam of ABORAWI's cellular device that he had with him as he crossed the United States border—an iPhone 14 Pro Max (Subject Device)—CBP officers located numerous videos saved in WhatsApp, a social media chat application, to include multiple videos that were potentially CSAM.

7. On September 30, 2026, at approximately 5:55 p.m., a CBP officer notified me that ABORAWI was located at the GHIB and possibly in possession of at least 20 (twenty) CSAM videos, including videos depicting pre-pubescent minors engaged in sexual acts.

8. After I received this notification, I reviewed HSI Pretoria and HSI Toronto investigation materials on ABORAWI. I noted that HSI Pretoria, in an undercover capacity, collected messages and content shared in an ecrypted chat application[1] (Application A) in various known CSAM trading groups from November 16, 2023 through January 2024. In October 2024, HSI Pretoria notified HSI Toronto that the phone number 226-XXX-7748 was associated with a user/account involved in the trading of CSAM on Application A. As explained in

[1] The name of Application A has been redacted to preserve the integrity of an ongoing international investigation.

more detail below, investigation has revealed that this 226-XXX-7748 number is associated with ABORAWI.

9. Next, I responded to the GHIB and reviewed Subject Device. I noted the phone number associated with the Subject Device is 226-XXX-7748, which is the same phone number previously associated with ABORAWI in the HSI Pretoria and HSI Toronto CSAM investigation.

10. On the Subject Device, I opened WhatsApp and viewed approximately 100-150 video thumbnail images depicting prepubescent children engaged in various sexual acts, all of which meet the federal definition of child pornography. The videos ranged in length from a few seconds to multiple minutes. The CSAM videos were saved to the device from approximately August 2023 through June 2024. I did not open any of the videos in order to preserve the contents of the Subject Device. I detained the Subject Device, which was transported to HSI Detroit for a forensic examination.

11. Later on September 30, 2026, HSI SA Michael MacBride attempted a forensic examination of the Subject Device, which was unsuccessful because the Subject Device was utilizing a new operating system not compatible with current forensic software. Attempts to complete a forensic examination of the forensic device remain ongoing.

## CONCLUSION

12. Based on the above, I respectfully submit that there is probable cause to believe that Mosa Mohamed Salem ABORAWI violated 18 U.S.C. § 2252A(a)(1) (transportation of child pornography) and 18 U.S.C. § 2252A(a)(5)(B) (possession of child pornography). I request that the Court authorize the issuance of a criminal complaint and arrest warrant for Mosa Mohamed Salem ABORAWI.

Respectfully submitted,

Emily Zebracki
Special Agent
Homeland Security Investigations

Hon. David R. Grand
United States Magistrate Judge

Date: October 1, 2026